Case: 1:23-mj-00130
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/15/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

I, Riley Palmertree, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C., (hereinafter the "affiant") being duly sworn, deposes and states as follows:

## INTRODUCTION

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code (U.S.C.).

2. I have been a Special Agent with the FBI since 2017, where I am currently assigned to squad CR-2 at the Washington Field Office (WFO). Squad CR-2 is responsible for conducting violent crime investigations in the Washington, D.C. area. Through my employment with the FBI, I have personally participated in the investigations of hundreds of alleged violations of the criminal laws of the United States. In particular, I have investigated violent crimes including armed bank robberies, armored car robberies, car-jackings, sexual assaults, attempted murders, threats against persons, shootings, and commercial robberies. I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, and investigative interviews.

3. The facts and information contained in this affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations of other agents and police officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents and other physical

evidence obtained during the course of this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of a criminal complaint and arrest warrant.

## PROBABLE CAUSE

4. On June 14, 2023, at approximately 11:50 a.m., a male suspect (later identified as Louis Henry MARTIN, DOB 06/11/1963) entered and robbed at gunpoint the TD Bank branch located at 1924 8th Street NW in Washington, D.C.

5. The suspect entered the lobby, produced a generic black plastic bag, and a semi-automatic handgun. He pointed the handgun at a bank teller and ordered the other employees to the back of the bank, as depicted in the video surveillance still below.



6. The employees were forced to move near a series of booth-style tables before the suspect ordered the bank teller and assistant manager to open the drawers.

7. The suspect continued demanding to know where the money was located. He proceeded to remove cash from the drawers totaling between two drawers approximately $1,244.00 in U.S. Currency. The suspect departed the location as depicted in the surveillance still below before fleeing south on 8th Street NW.



8. Employees of TD Bank had placed a tracking device in the money taken by the suspect. MPD officers tracked the device and stopped MARTIN to 7th and H Street NW.

9. Upon arrest, MARTIN was wearing the same clothing, including gray sweatpants, a gray sweatshirt, and white shoes, seen on the robber on bank surveillance video. The below still image from a responding officer's body-worn camera shows MARTIN in the same clothing at the time of his arrest.



10. Upon arrest, MARTIN was in possession of the bank tracker and currency described above. He further possessed a 9mm semi-automatic handgun consistent with the gun seen on the bank surveillance video, with 10 rounds in the magazine—seven of which were hollow point rounds—and none in the chamber.

11. The 9 mm firearm and 9 mm ammunition in this case were not manufactured in the District of Columbia, and as a result both the firearm and ammunition traveled in interstate commerce.

12. After being advised of Miranda rights, MARTIN admitted to conducting the robbery of the TD Bank at 1924 8th Street NW on June 14, 2023. MARTIN admitted that it was his firearm as well. MARTIN further claimed to have used fentanyl in the past two days.

4

13. A background check revealed that MARTIN was previously convicted of a crime punishable by imprisonment for a term exceeding one year for Unlawful Possession of a Firearm in D.C. Superior Court case number 2006 CF2 023336. MARTIN was also convicted of Armed Bank Robbery and Use of a Firearm in Connection with a Crime of Violence in the District of Maryland U.S. District Court case 97-cr-44, for which he was sentenced to 63 months. MARTIN was also convicted of Armed Bank Robbery the Eastern District of Virginia U.S. District Court case 97-cr-389, for which he was sentenced to 48 months. As such, MARTIN was aware that he had previously been convicted of a crime punishable by more than one year.

14. Based on the information contained in this Affidavit, your affiant submits that there is probable cause to believe that Louis MARTIN did by force, violence and intimidation, take from the person or presence of another, and assaulted a person by use of a dangerous weapon, approximately $1,244.00 in U.S. currency, belonging to and in the care, custody, control, management, and possession of TD Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and (d). Your Affiant further submits that there is probable cause to believe that MARTIN committed a violation of 18 U.S.C. § 922(g) (Unlawful Possession of a Firearm and Ammunition) on June 14, 2023, within the District of Columbia. Finally, your Affiant submits that there is probable cause to believe that MARTIN committed a violation of 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Crime of Violence) on June 14, 2023, within the District of Columbia.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
RILEY PALMERTREE, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of June 2023.

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE